Jamerson C. Allen (SBN 132866)
Allison M. Dibley (SBN 213104)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
COMMUNITY HOSPITALS OF CENTRAL
CALIFORNIA, INC. dba UNIVERSITY MEDICAL
CENTER and dba COMMUNITY MEDICAL
CENTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JANICE BESTE, individually and as Successor in Interest to DONALD BESTE,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC., dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. 1:05 CV-01420-AWI-SMS<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>Complaint Filed: 11/10/05 |

TO THE HONORABLE ANTHONY W. ISHII, THE CLERK OF THE U.S. DISTRICT COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that attorney Douglas Tucker (SBN 172550) of the law firm of KIMBLE, MacMICHAEL & UPTON, A Professional Corporation, current attorneys of record for Defendant COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC. dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS hereby stipulates to withdraw as attorney of record for the aforementioned Defendants.

PLEASE TAKE FURTHER NOTICE that attorneys Jamerson C. Allen (SBN 132866) and Allison M. Dibley (SBN 213104) hereby stipulate to substitute in as new attorneys of

record for Defendants COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC. dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS.

All pleadings, correspondence and other case-related information should now be served on the following attorneys of record:

>Jamerson C. Allen (SBN 132866)
>Allison M. Dibley (SBN 213104)
>JACKSON LEWIS LLP
>199 Fremont Street, 10th Floor
>San Francisco, California 94105
>Telephone: (415) 394-9400
>Facsimile: (415) 394-9401

IT IS SO STIPULATED:

Dated: December __, 2006        KIMBLE, MacMICHAEL & UPTON,
                                A Professional Corporation


                                By_____
                                   Douglas Tucker, Esq.
                                   Former Attorneys for Defendant COMMUNITY
                                   HOSPITALS OF CENTRAL CALIFORNIA,
                                   INC. dba UNIVERSITY MEDICAL CENTER
                                   and dba COMMUNITY MEDICAL CENTERS

Dated: December __, 2006        JACKSON LEWIS LLP


                                By_____
                                   Jamerson C. Allen
                                   Allison M. Dibley
                                   Attorneys for Defendants
                                   COMMUNITY HOSPITALS OF CENTRAL
                                   CALIFORNIA, INC. dba UNIVERSITY
                                   MEDICAL CENTER and dba COMMUNITY
                                   MEDICAL CENTERS

Dated: December __, 2006        By_____

2

                        Robert E. Ward, Esq.
                        Chief Legal Officer
                        Community Medical Center

**ORDER**

IT IS SO ORDERED.

**Dated:**   **December 14, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE