Jamerson C. Allen (SBN 132866)
Allison M. Dibley (SBN 213104)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant
COMMUNITY HOSPITALS OF CENTRAL
CALIFORNIA, INC. dba UNIVERSITY MEDICAL
CENTER and dba COMMUNITY MEDICAL
CENTERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JANICE BESTE, individually and as Successor in Interest to DONALD BESTE,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC., dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS and DOES 1 though 10, inclusive,<br><br>Defendants. | Case No. 1:05 CV-01420-AWI-SMS<br><br>**STIPULATION TO CONTINUE THE HEARING DATE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (L.R. 83-141, 6-142); ORDER**<br><br>Complaint Filed: 11/10/05 |

TO THE HONORABLE ANTHONY W. ISHII AND THE CLERK OF THE U.S. DISTRICT COURT:

PLEASE TAKE NOTICE Defendant COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC. dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS, and Plaintiff JANICE BESTE, individually and as Successor in Interest to DONALD BESTE, through their respective attorneys of record hereby agree and stipulate as follows:

Counsel for Plaintiff is presently evaluating whether this action can be dismissed without prejudice without the necessity of having to oppose Defendant's motion. Therefore, to allow

counsel for Plaintiff sufficient time to receive and review the proper documentation and not devote time, energy or resources to opposing a motion which ultimately may not be contested the parties agree to continue the hearing date on Defendant's Motion to Dismiss Plaintiff's Complaint from Monday, January 9, 2006, at 1:30 p.m. to Monday, February 13, 2006, at 1:30 p.m. in Courtroom 3, or as soon thereafter as the Court deems appropriate;

The deadline for Plaintiff's filing the opposition to Defendant's Motion to Dismiss is similarly continued to Monday, January 30, 2006; and

The deadline for Defendant to file any reply to Plaintiff's opposition is continued to Monday, February 6, 2006.

Dated: December __, 2005                    PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP


By_____
   Michael G. Miller, Esq. (SBN 136491)
   Anne C. D'Arcy (SBN 232948)
   Attorneys for Plaintiff
   JANICE BESTE, individually and as Successor in Interest to DONALD BESTE

Dated: December __, 2005                    JACKSON LEWIS LLP


By_____
   Jamerson C. Allen
   Allison M. Dibley
   Attorneys for Defendant
   COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC. dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS

2

## **ORDER**

The hearing date for Defendant's Motion to Dismiss Plaintiff's Complaint is hereby continued to February 13, 2006, at 1:30 p.m. in Courtroom 3. Plaintiff's opposition to the motion, if any, must be filed by January 30, 2006. Defendant's reply to Plaintiff's opposition must be filed by February 6, 2006.

IT IS SO ORDERED.

**Dated:   December 23, 2005       /s/ Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE