```
MICHAEL G. MILLER (SBN: 136491)
ANNE C. D'ARCY (SBN 232948)
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiff
JANICE BESTE individually, and as
Successor in Interest to DONALD BESTE,
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| JANICE BESTE, individually, and as Successor in Interest to DONALD BESTE, <br><br> Plaintiff, <br><br> v. <br> COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC., dba UNIVERSITY MEDICAL CENTERS and Does 1 through 10, inclusive, <br><br> Defendants. <br> _____/ | No. 1:05-CV-01420-AWI-SMS <br><br> **STIPULATION TO DISMISS THE COMPLAINT WITHOUT PREJUDICE;** <br> **ORDER** |

TO THE HONORABLE ANTHONY W. ISHII AND THE CLERK OF THE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE: Plaintiff JANICE BESTE, individually and as Successor in Interest to DONALD BESTE, and Defendant COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC., dba UNIVERSITY MEDICAL CENTER and dba COMMUNITY MEDICAL CENTERS, through their respective attorneys of record hereby agree and stipulate as follows:

1. Plaintiff agrees to dismiss her Complaint, filed on September 16, 2005 in Fresno County Superior Court and removed to this Court pursuant to 28 U.S.C. 1441(b) (Federal Question) on November 11, 2005, in order to pursue her administrative remedies pursuant to denial of a benefit governed by the Employee Retirement Income Security Act (ERISA).

1    2. The dismissal is without prejudice.

2    3. The parties stipulate that Defendant will waive the 90-day statute of limitations for filing

3  an administrative appeal of a denial of benefits under Defendant's benefit Plan.

4    4. The parties stipulate that Plaintiff waives any objections regarding lack of notice of the

5  appeal procedures and the failure to obtain a full and fair hearing as a result.

7  Dated: January ____, 2006           PERRY, JOHNSON, ANDERSON,
                                       MILLER & MOSKOWITZ LLP

9                                      By: /s/Anne C. D'Arcy_____

10                                         Michael G. Miller
                                           Anne C. D'Arcy
11                                         Attorneys for Plaintiff, JANICE BESTE
                                           individually and as Successor in Interest to
12                                         DONALD BESTE,

14  Dated: January _____, 2006          JACKSON LEWIS LLP

16                                      By:  /s/Allison M. Dibley _____

17                                         Jamerson C. Allen
                                           Allison M. Dibley
18                                         Attorneys for Defendant
                                           COMMUNITY HOSPITALS OF
19                                         CENTRAL CALIFORNIA, INC., dba
                                           UNIVERSITY MEDICAL CENTER and
20                                         dba COMMUNITY MEDICAL CENTERS

## ORDER

The Complaint in this action, JANICE BESTE, individually, and as Successor in Interest to DONALD BESTE, vs.COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA, INC., dba UNIVERSITY MEDICAL CENTERS and Does 1 through 10, inclusive, filed in this Court on November 11, 2005, is hereby dismissed without prejudice for purpose of pursuing Plaintiff's administrative remedies. Defendant waives the 90-day statute of limitations for filing an administrative appeal of a denial of benefits under Defendant's benefit Plan. Plaintiff waives any objection for defendant's failure to give notice of timely appeal and opportunity for a full and fair hearing.

IT IS SO ORDERED.

**Dated:   January 18, 2006**             /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE